JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-5453-DMG (JEMx) | Date | March 25, 2014 |
|---|---|---|---|

| Title | *Ronald F. Vaughn v. Wells Fargo Bank NA, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER DISMISSING ACTION FOR LACK OF PROSECUTION [118]**

On December 10, 2013, the Court set a Scheduling Conference for February 21, 2014 and ordered the parties to file a Joint Report addressing initial disclosures and scheduling of pretrial and trial dates ("Joint Rule 26(f) Report") no less than 14 days before the conference. [Doc. # 115.] Although Defendant Dennis P. Block & Associates filed Rule 26 disclosures, a Joint Rule 26(f) Report was not filed. Therefore, this Court, on February 20, 2014, vacated the Scheduling Conference and ordered the parties to show cause in writing by March 7, 2014, why sanctions should not be imposed for such noncompliance ("OSC"). [Doc. # 118.] Plaintiff has not responded to the Court's OSC.

It appears from Plaintiff's failure to cooperate in filing a Joint Rule 26(f) Report and failure to respond to the OSC that he has abandoned this action. Because Plaintiff has failed to comply with this Court's Orders of December 10, 2013 and February 20, 2014, IT IS ORDERED that this action is hereby DISMISSED for lack of prosecution.

IT IS SO ORDERED.